No. 87–717. FIRST FAMILY MORTGAGE CORPORATION OF FLORIDA *v.* DURHAM ET AL. Appeal from Sup. Ct. N. J.; and
No. 87–937. ATTORNEY GENERAL OF NEW JERSEY *v.* FIRST FAMILY MORTGAGE CORPORATION OF FLORIDA ET AL. Sup. Ct. N. J. Probable jurisdiction noted in No. 87–717. Certiorari granted in No. 87–937. Cases consolidated and a total of one hour

allotted for oral argument.